

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/21

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

August 31, 2021

VIA ECF
Hon. Alison J. Nathan
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re: *Malik v. USCIS, et al.,* No. 21 Civ. 3996 (AJN)

Dear Judge Nathan:

      This Office represents the government in the above referenced action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Petition for Alien Entrepreneur (Form I-526). By Order dated August 27, 2021, the Court directed the parties to submit their proposed case management plan and joint letter by September 3, 2021, and to advise the Court whether the parties wished to proceed with the September 10 initial conference. *See* ECF No. 38. I write on behalf of both sides to respectfully request that the Court adjourn the initial conference *sine die* and extend the date for the parties' submissions to October 4, 2021 (the current deadline for the government to respond to the complaint). *See* ECF No. 37. **SO ORDERED.**

      The adjournment and extension are requested because, as previously noted, the plaintiff's I-526 petition is based on an investment in an economic regional center under the EB-5 Immigrant Investor Program and the statutory authorization for that program lapsed as of June 30, 2021. *See* ECF Nos. 34, 36. The Court previously has granted two extensions of the government's deadline to respond to the complaint in light of this lapse. *See* ECF Nos. 35, 37. Unfortunately, the undersigned inadvertently neglected to request adjournment of the September 10 conference along with the most recent extension request. The parties respectfully submit that this case should not proceed until at least October 4, 2021, which will allow them time to monitor whether Congress will renew the statutory authorization and to assess the impact of such reauthorization (or lack thereof) on this litigation. Should Congress re-authorize the Regional Center Program prior to October 4, the government will promptly notify the Court. The plaintiff consents to this request.

      I thank the Court for its consideration of this request.

**SO ORDERED.**

[Signature of Alison J. Nathan] 8/31/21
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

                                    Respectfully submitted,

                                    AUDREY STRAUSS
                                    United States Attorney

                        By:   *s/ Michael J. Byars*
                             MICHAEL J. BYARS
                             Assistant United States Attorney
                             Telephone: (212) 637-2793
                             Facsimile: (212) 673-2786
                             E-mail: michael.byars@usdoj.gov

cc: Counsel of Record (via ECF)